IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01573-BNB

CAROL S. LESTER,

     Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

     Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Carol S. Lester, has filed *pro se* a complaint.  The court must construe the complaint liberally because Ms. Lester is not represented by an attorney.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the court should not be the *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  For the reasons stated below, Ms. Lester will be ordered to file an amended complaint.

The court has reviewed the complaint and has determined that it is deficient because the complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.  The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief.  *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989).  The

requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Ms. Lester apparently seeks judicial review of an administrative decision denying her social security benefits. However, she fails to set forth a short and plain statement of her claims showing that she is entitled to relief. In order for Ms. Lester "to state a claim in federal court, a complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, — F.3d —, 2007 WL 1895877 at \*3 (10th Cir. July 3, 2007). Ms. Lester fails to allege when the administrative decision she is challenging was issued, what the result of the administrative proceeding was, whether she exhausted her administrative remedies, or why she believes the administrative decision was in error.

A decision to dismiss a pleading pursuant to Rule 8 is within the trial court's

2

sound discretion.  *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th

Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969).  The

court finds that the complaint does not meet the requirements of Fed. R. Civ. P. 8(a)

and that Ms. Lester should be given an opportunity to file an amended complaint.  She

will be directed to do so below.  Accordingly, it is

ORDERED that Ms. Lester file, **within thirty (30) days from the date of this**

**order**, an amended complaint that complies with the pleading requirements of Fed. R.

Civ. P. 8 as discussed in this order.  It is

FURTHER ORDERED that the clerk of the court mail to Ms. Lester, together with

a copy of this order, two copies of the following form:  Complaint.  It is

FURTHER ORDERED that, if Ms. Lester fails within the time allowed to file an

amended complaint that complies with this order to the court's satisfaction, the action

will be dismissed without further notice.

DATED July 31, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01573-BNB

Carol S. Lester
1955 Arapahoe St
Denver, CO 80202

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on _7/31/07_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk