IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-1573-AP**

**CAROL S. LESTER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Motion to Dismiss (doc. #10), filed October 2, 2007, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated this 2nd  day of October, 2007.

        BY THE COURT:

        *s/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT